UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
TERRE HAUTE DIVISION

| | |
|---|---|
| RICHARD FOX, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) CASE NO. 2:19-cv-00150-JPH-MPB |
| | ) |
| KEVIN HUNTER, *et al.*, | ) |
| | ) |
| Defendants. | ) |

## ORDER GRANTING DEFENDANT'S MOTION TO APPEAR VIA VIDEO

This matter is before the court on the motion of Defendant, Randall Purcell, to appear via video at the *Pavey* hearing now set for October 22, 2020.

For good cause shown, the motion, dkt. [66], is **GRANTED**. The Defendant is granted leave to testify via video at the *Pavey* hearing. The Court's IT staff shall work with defense counsel to set up a video bridge line and to run a test before the hearing to accommodate Defendant's testimony.

**SO ORDERED.**

Date: 9/18/2020

                                                         James Patrick Hanlon
                                                         United States District Judge
                                                         Southern District of Indiana

Distribution:

All ECF-registered counsel of record by email through the court's ECF system

Richard Fox
883999
Wabash Valley Correctional Facility
6908 S. Old US Hwy 41
PO Box 1111
Carlisle, IN 47838