UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
TERRE HAUTE DIVISION

| | | |
|---|---|---|
| RICHARD A. FOX, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | No. 2:19-cv-00150-JPH-MJD |
| | ) | |
| KEVIN HUNTER, et al. | ) | |
| | ) | |
| Defendants. | ) | |

## Order

This case is set for an evidentiary hearing pursuant to *Pavey v. Conley*, on October 22, 2020. In light of the COVID-19 pandemic and the Court's confidence that its video conferencing capabilities are sufficient to allow the Court to take Mr. Fox's testimony and decide the material facts in dispute, the Court proposes that Mr. Fox participate in the hearing by video. Mr. Fox shall report to the Court by **October 6, 2020**, whether he will consent to this proposal.

**SO ORDERED.**

Date: 9/30/2020

James Patrick Hanlon
United States District Judge
Southern District of Indiana

1

Distribution:

RICHARD A. FOX
883999
WABASH VALLEY - CF
WABASH VALLEY CORRECTIONAL FACILITY - Inmate Mail/Parcels
6908 S. Old US Hwy 41
P.O. Box 1111
CARLISLE, IN 47838

All Electronically Registered Counsel